UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADRIAN CRUZ,

Plaintiff,

-against-

AVALONBAY COMMUNITIES, INC. d/b/a AVALONBAY COMMUNITIES,

Defendants.

Case No. 1:26-cv-02105

**DEFENDANT'S UNOPPOSED MOTION FOR SUBSTITUTION OF VIVMARK RESIDENTIAL SERVICES LLC FOR AVALONBAY COMMUNITIES, INC. AS DEFENDANT**

Pursuant to Fed. R. Civ. P. 25(c), Defendant AvalonBay Communities, Inc. respectfully moves, on an unopposed basis, for an Order substituting Vivmark Residential Services, LLC for AvalonBay Communities, Inc. as the Defendant in the captioned case.

In support of this Motion, Defendant states follows:

1. Plaintiff commenced this action on March 15, 2026 against Defendant's AvalonBay Communities, Inc. d/b/a AvalonBay Communities.

2. As of August 17, 2026 AvalonBay Communities, Inc. closed its merger with Equity Residential and was merged out of existence. All of the employment matters of AvalonBay Communities have been assumed by Vivmark Residential Services LLC.

3. As a result of the merger, the proper Defendant in this case is Vivmark Residential Services, LLC and that entity should be substituted for AvalonBay Communities, Inc.

4. A proposed order granting the relief requested herein is filed concurrently with this Motion.

5. Plaintiff consents to this request.

WHEREFORE, Defendant respectfully requests that the Court enter an Order:

a) substituting Vivmark Residential Servies LLC as Defendant in place of AvalonBay Communities, Inc. pursuant to Federal Rule of Civil Procedure 25(c);

b) directing the Clerk of Court to amend the caption accordingly; and

c) granting such other and further relief as the Court deems just and proper.

Application GRANTED. Vivmark Residential Services, LLC is substituted for AvalonBay Communities, Inc. as the Defendant in this case. The Clerk of Court is respectfully requested to remove AvalonBay Communities, Inc. from the case and replace it with Vivmark Residential Services, LLC, and to terminate ECF 20.

Dated: September 8, 2026
New York, NY

SO ORDERED

ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE

Dated: September 8, 2026
New York, NY
4896-4553-9533.1 / 094024.1057

LITTLER MENDELSON, P.C.

By: *<u>/s/Melissa Friedland</u>*

Melissa Friedland
mfriedland@littler.com
LITTLER MENDELSON, P.C.
900 Third Avenue
New York, New York 10022.3298
Telephone: 212.583.9600
Facsimile: 212.832.2719

*Attorneys for Defendant AvalonBay Communities, Inc. d/b/a AvalonBay Communities*